COM.

v.

**KELLY, W.**

**1480 MDA 2016**

Superior Court of Pennsylvania.

04/13/2017

CP–06–CR–0005141–2001 (Berks)

Affirmed

COM.

v.

**LAPAGLIA, M.**

**104 WDA 2016**

Superior Court of Pennsylvania.

04/13/2017

CP–02–CR–0010922–2014 (Allegheny)

Affirmed

COM.

v.

**SAVAGE, G.**

**616 WDA 2016**

Superior Court of Pennsylvania.

04/13/2017

CP–02–CR–0014978–2010 (Allegheny)

Affirmed

COM.

v.

**PRATHER, J.**

**734 WDA 2016**

Superior Court of Pennsylvania.

04/13/2017

Reargument Denied 6/19/2017

CP–53–CR–0000004–2012 (Potter)

Affirmed

**BLOSE, R.**

v.

**EVANSON, C.**

**831 WDA 2016**

Superior Court of Pennsylvania.

Filed 04/13/2017

GD 13–023236 (Allegheny)

Affirmed